IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ABLE HOME HEALTH, LLC, | ) | |
| on behalf of plaintiff and | ) | |
| the class members defined herein, | ) | |
| | ) | |
| Plaintiff, | ) | 1:13-cv-07366 |
| | ) | |
| v. | ) | Judge Tharp |
| | ) | Magistrate Judge Schenkier |
| EDUCATION RESOURCES, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have settled this case. Plaintiff intends to file a notice of dismissal within thirty (30) days.

    Respectfully Submitted,

    s/Catherine A. Ceko
    Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
Catherine A. Ceko
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

       I, Catherine A. Ceko, hereby certify that on April 28, 2014, the foregoing document was filed with the Clerk of the Court using the CM/ECF system which will send notification to the following parties:

David J. Tecson
Ryan Haas
CHUHAK & TECSON, P.C.
30 S. Wacker Drive, Suite 2600
Chicago, IL 60606
(312) 444-9300

                                                s/Catherine A. Ceko
                                                Catherine A. Ceko