# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Able Home Health, LLC

                               Plaintiff,

v.                                                      Case No.: 1:13–cv–07366

                                                             Honorable John J. Tharp Jr.

Education Resources, Inc., et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2014:

        MINUTE entry before the Honorable John J. Tharp, Jr: Status hearing held. No appearance by the defendants. Plaintiff's oral request to dismiss the case with leave to reinstate is granted. Case is dismissed without prejudice with leave to reinstate within 30 days. Case terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.